ELIZABETH COHEN, Appellant, v. LOUIS L. GOLDBAUM and Others, Defendants, and GOLDIE REIBMAN, Respondent.— Judgment of foreclosure and sale reversed upon the law and the facts and motion to open respondent's default and to permit her to answer and defend granted, costs to abide the event. Upon the record before us we are of opinion that the issue sought to be presented by defendant Goldie Reibman could not be disposed of upon the reference to compute, and that in the interests of justice her default should be opened. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

GUSTAV A. COOPER, Respondent, v. GREGORY E. MARTIN and Others, Appellants.— Order granting plaintiff's motion to serve second amended complaint and denying defendants' motion to dismiss complaint for lack of prosecution reversed upon the law and the facts, with ten dollars costs and disbursements, motion for leave to serve second amended complaint denied, with ten dollars costs, and defendants' motion to dismiss complaint granted, with ten dollars costs, because of the unreasonable delay in prosecuting the action after the beginning of the reference. The fact that defendants had interposed a counterclaim did not affect their right to move for a dismissal because of plaintiff's unreasonable delay. (See *Fleischman* v. *Mengis*, 113 N. Y. Supp. 515.) *Jacot* v. *Marks* (26 Misc. 670), cited by respondent as authority to the contrary, was reversed. · (*Jacot* v. *Marks*, 46 App. Div. 531.) Upon consent of defendants, their counterclaim is dismissed, without costs. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

CORNELIA DEVELOPMENT COMPANY, INC., Respondent, v. TRUCK FARMERS CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

CHRISTIAN G. FEUCHT, Respondent, v. DORA GINSBERG, Defendant. TONSON REALTY CORPORATION, Appellant.— Order striking out denials and the separate defense and counterclaim contained in the answer of defendant Tonson Realty Corporation affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

DORA GINSBERG, Respondent, v. TONSON REALTY CORPORATION, Appellant. CHRISTIAN G. FEUCHT, Defendant.— Order striking out denials and the separate defense and counterclaim contained in the answer of defendant Tonson Realty Corporation affirmed, with ten dollars costs and disbursements, on authority of *Feucht* v. *Ginsberg* (*ante*, p. 765), decided herewith. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

ABRAHAM J. HABER, Appellant, v. SAM SEIFF, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

LOUIS A. HAUSTETTER, Respondent, v. ELIZABETH McCANN and Another, Appellants. COLUMBIA CASUALTY COMPANY and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.